## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:19 CV 229 MR WCM

| | | |
|---|---|---|
| SUSAN HYATT CALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER |
| NORTH CAROLINA FARM | ) | |
| BUREAU MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF AGRICULTURE, FARM SERVICE | ) | |
| AGENCY (FSA) | ) | |
| | ) | |
| Third-Party Defendant | ) | |
| | ) | |
| _____ | ) | |

Before the Court is a Joint Motion to Amend Case Management Plan (the "Motion" Doc. 12) filed by North Carolina Farm Bureau Mutual Insurance Company ("Farm Bureau"). The Motion requests an extension of the discovery and dispositive motions deadlines and explains that "because of the recent Coronavirus, several depositions have been postponed because of health concerns in terms of travel and health concerns of witnesses. There are other depositions which will be needed which have not been attempted to be scheduled because of the Coronavirus." Doc. 12, p. 1.

A Pretrial Order was entered on October 4, 2019.  Doc 6.  The current discovery deadline is May 8, 2020, the Motions deadline is June 9, 2020, and trial is set for the November 9, 2020 term.  Doc. 6.  The Motion requests that the discovery deadline be extended to August 7, 2020 and that the Motions deadline be extended to September 8, 2020.  Doc. 12, p. 2.  All parties agree to these proposed extensions.  Doc. 12, p. .2

Considering the current public health situation and Farm Bureau's representations, the Court will grant an extension of the subject deadlines, but that extension will be limited in light of the current trial setting.

**IT IS HEREBY ORDERED** that the Joint Motion to Amend Case Management Plan (Doc. 12) is **GRANTED IN PART** and the following deadlines are extended:

|  |  |
|---|---|
| Discovery: | July 9, 2020 |
| Motions: | July 23, 2020 |

All other provisions of the Pretrial Order remain in effect.

Signed: March 31, 2020

W. Carleton Metcalf
United States Magistrate Judge